

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00458-CR

Abel C. **ESQUIVEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 19-08-0204-CRA
Honorable Lynn Ellison, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: February 7, 2024

PERMANENTLY ABATED

On November 20, 2023, appellant's counsel filed a motion to abate this appeal due to the death of appellant. On January 30, 2024, appellant's counsel filed a copy of appellant's certificate of death. The death of an appellant during the pendency of an appeal deprives this court of jurisdiction. *Molitor v. State*, 862 S.W.2d 615, 616 (Tex. Crim. App. 1993); *Moreno v. State*, No. 04-22-00276-CR, 2022 WL 4227571, at *1 (Tex. App.—San Antonio Sept. 14, 2022, no pet.) (mem. op., not designated for publication). Under these circumstances, the appropriate disposition is the permanent abatement of the appeal. TEX. R. APP. P. 7.1(a)(2); *see Rogers v. State*, No. PD-

0242-19, 2023 WL 6853843, at *1 (Tex. Crim. App. Oct. 18, 2023). It is therefore ordered that this appeal is permanently abated.

PER CURIAM

DO NOT PUBLISH